**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 16-39738 |
|---|---|---|
| | § | |
| DAMIEN J. PARKER | § | |
| TAMEKA F. POWELL-PARKER | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/19/2016. The undersigned trustee was appointed on 12/19/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $6,960.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $88.73 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $178.80 |
    | Leaving a balance on hand of[1] | $6,692.47 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 08/16/2017 and the deadline for filing government claims was 08/16/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,428.12. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,428.12, for a total compensation of $1,428.12[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $24.15, for total expenses of $24.15.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/25/2018                              By:  /s/ David P. Leibowitz
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

Case 16-39738    Doc 51    Filed 08/22/18    Entered 08/22/18 14:35:32    Desc Main
Document      Page 3 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1      Exhibit A

| Case No.: | 16-39738 | | | Trustee Name: | David Leibowitz |
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | Date Filed (f) or Converted (c): | 12/19/2016 (f) |
| For the Period Ending: | 7/25/2018 | | | §341(a) Meeting Date: | 01/18/2017 |
| | | | | Claims Bar Date: | 08/16/2017 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 12041 S Wentworth Ave Chicago, IL - 60628-6534 Cook County (Damien Parker co-owns with father and brother. Full value is $71k--Debtor's portion is $23,666) | $23,666.00 | $8,666.00 | | $1,000.00 | FA |
| **Asset Notes:** | Debtor Damien Parker owns 1/3 of the property (father and brother own remaining 2/3). Per order entered 11/30/2017 (dkt #45), Trustee was authorized to sell non-exempt equity to Debtor for $1000 plus relinquishment of any exemption claim in 2016 tax refund. | | | | | |
| 2 | 2009 Volkswagen New Beetle | $8,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CarMax appraisal: $1600 | | | | | |
| 3 | 2004 Cadillac CTS 130000 miles | $3,500.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | CarMax appraisal: $700 | | | | | |
| 4 | furniture | $1,200.00 | $0.00 | | $0.00 | FA |
| 5 | 2 cell phones, 1 laptop 2 fl;at screen tv's | $900.00 | $0.00 | | $0.00 | FA |
| 6 | wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Checking And savings TCF Bank | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Account TCF Bank | $200.00 | $0.00 | | $0.00 | FA |
| 9 | 2016 Federal Tax Refund - Tameka (u) | $5,960.00 | $5,781.20 | | $5,960.00 | FA |
| **Asset Notes:** | Debtor's Pro-Rated Portion: $178.80 | | | | | |
| 10 | Music equipment: Shure Microphone ($200), 2 Panasonic speakers ($240), 2 speaker stands ($250), mixer ($250), music stand ($36), 2 microphone stands ($64 each) (u) | $978.00 | $0.00 | | $0.00 | FA |
| 11 | Paypal account (u) | $10.00 | $0.00 | | $0.00 | FA |
| 12 | 401(k) (u) | $500.00 | $0.00 | | $0.00 | FA |
| 13 | State Employees Retirement System - Pension Plan (u) | $4,838.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                        **Gross Value of Remaining Assets**

|  | $50,852.00 | $14,447.20 | | $6,960.00 | $0.00 |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 2     Exhibit A

| Case No.: | 16-39738 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | Date Filed (f) or Converted (c): | 12/19/2016 (f) |
| For the Period Ending: | 7/25/2018 | | | §341(a) Meeting Date: | 01/18/2017 |
| | | | | Claims Bar Date: | 08/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>**(Scheduled and**<br>**Unscheduled (u) Property)** | **Petition/**<br>**Unscheduled**<br>**Value** | **Estimated Net Value**<br>**(Value Determined by**<br>**Trustee,**<br>**Less Liens, Exemptions,**<br>**and Other Costs)** | **Property**<br>**Abandoned**<br>**OA =§ 554(a) abandon.** | **Sales/Funds**<br>**Received by**<br>**the Estate** | **Asset Fully Administered (FA)/**<br>**Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

06/30/2018    2018 Reporting Period:

The Trustee's Final Report will be submitted for review by July 31, 2018.

| Initial Projected Date Of Final Report (TFR): | 05/10/2018 | Current Projected Date Of Final Report (TFR): | /s/ DAVID LEIBOWITZ |
|---|---|---|---|
| | | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39738 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1612 | | | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | **-***1613 | | | Account Title: | |
| For Period Beginning: | 12/19/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/25/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2017 | | US Treasury | 2016 Income Tax Refund (Tameka Powell-Parker) | * | $5,960.00 | | $5,960.00 |
| | {9} | | Estate Portion - 2016 Income Tax Refund (Tameka Powell-Parker)  $5,781.20 | 1224-000 | | | $5,960.00 |
| | {9} | | Debtor's Pro-Rated Portion - 2016 Income Tax Refund (Tameka Powell-Parker)  $178.80 | 1280-002 | | | $5,960.00 |
| 05/17/2017 | 3001 | TAMEKA POWELL-PARKER | Debtor's pro-rated portion - 2016 Federal Income Tax Refund | 8500-002 | | $178.80 | $5,781.20 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.96 | $5,776.24 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.89 | $5,766.35 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.70 | $5,757.65 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.29 | $5,748.36 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.27 | $5,739.09 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.96 | $5,730.13 |
| 11/28/2017 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 1 of 5) | 1110-000 | $200.00 | | $5,930.13 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.97 | $5,921.16 |
| 12/27/2017 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 2 of 5) | 1110-000 | $200.00 | | $6,121.16 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.59 | $6,111.57 |
| 01/23/2018 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 3 of 5) | 1110-000 | $200.00 | | $6,311.57 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $9.92 | $6,301.65 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $9.18 | $6,292.47 |
| 03/06/2018 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 4 of 5) | 1110-000 | $200.00 | | $6,492.47 |
| 03/19/2018 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 5 of 5) | 1110-000 | $200.00 | | $6,692.47 |
| | | | **SUBTOTALS** | | **$6,960.00** | **$267.53** | |

**FORM 2** Page No: 2 Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39738 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1612 | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | **-***1613 | Account Title: | |
| For Period Beginning: | 12/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/25/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | **TOTALS:** | | $6,960.00 | $267.53 | $6,692.47 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $6,960.00 | $267.53 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $6,960.00 | $267.53 | |

| For the period of 12/19/2016 to 7/25/2018 | | For the entire history of the account between 05/15/2017 to 7/25/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,781.20 | Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 | Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 | Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $88.73 | Total Compensable Disbursements: | $88.73 |
| Total Non-Compensable Disbursements: | $178.80 | Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $267.53 | Total Comp/Non Comp Disbursements: | $267.53 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2
Page No: 3        Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 16-39738 | |
| **Case Name:** | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | |
| **Primary Taxpayer ID #:** | **-***1612 | |
| **Co-Debtor Taxpayer ID #:** | **-***1613 | |
| **For Period Beginning:** | 12/19/2016 | |
| **For Period Ending:** | 7/25/2018 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******3801 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $6,960.00 | $267.53 | $6,692.47 |

**For the period of 12/19/2016 to 7/25/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $88.73 |
| Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $267.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/19/2016 to 7/25/2018**

| | |
|---|---:|
| Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $88.73 |
| Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $267.53 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

| Case No.: | 16-39738 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | | | | | | Date: 7/25/2018 |
| Claims Bar Date: | 08/16/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
|  | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,428.12 | $0.00 | $0.00 | $0.00 | $1,428.12 |
|  | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1115 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $24.15 | $0.00 | $0.00 | $0.00 | $24.15 |
|  | LAKELAW  53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $17.02 | $0.00 | $0.00 | $0.00 | $17.02 |
|  | LAKELAW  53 West Jackson Boulevard Suite 1115 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $875.00 | $0.00 | $0.00 | $0.00 | $875.00 |
| 1 | SPEEDY CASH  P.O. Box 780408 Wichita KS 67278 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $520.09 | $0.00 | $0.00 | $0.00 | $520.09 |
| 2 | SPEEDY CASH  P.O. Box 780408 Wichita KS 67278 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $830.06 | $0.00 | $0.00 | $0.00 | $830.06 |
| 3 | AUTOMOTIVE CREDIT CORPORATION P O Box 2286 Southfield MI 48037-2286 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,892.17 | $0.00 | $0.00 | $0.00 | $1,892.17 |

**Claim Notes:** (3-1) Judgment

| Case No. | 16-39738 | | | | | | | | Trustee Name: | David Leibowitz |
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | | | | | | Date: | 7/25/2018 |
| Claims Bar Date: | 08/16/2017 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | BANK OF AMERICA<br><br>c/o Wirbicki Law Group LLC<br>33 W Monroe St<br>Chicago IL 60603-5300 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $79,375.25 | $0.00 | $0.00 | $0.00 | $79,375.25 |

**Claim Notes:** Deficiency Judgment Foreclosure 2012 CH 44098 Circuit Court of Cook County, Illinois

| | | | | | $84,961.86 | $0.00 | $0.00 | $0.00 | $84,961.86 |

| Case No. | 16-39738 | | | | Trustee Name: | David Leibowitz |
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | | Date: | 7/25/2018 |
| Claims Bar Date: | 08/16/2017 | | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $17.02 | $17.02 | $0.00 | $0.00 | $0.00 | $17.02 |
| Attorney for Trustee Fees (Trustee Firm) | $875.00 | $875.00 | $0.00 | $0.00 | $0.00 | $875.00 |
| General Unsecured § 726(a)(2) | $3,242.32 | $3,242.32 | $0.00 | $0.00 | $0.00 | $3,242.32 |
| Tardy General Unsecured § 726(a)(3) | $79,375.25 | $79,375.25 | $0.00 | $0.00 | $0.00 | $79,375.25 |
| Trustee Compensation | $1,428.12 | $1,428.12 | $0.00 | $0.00 | $0.00 | $1,428.12 |
| Trustee Expenses | $24.15 | $24.15 | $0.00 | $0.00 | $0.00 | $24.15 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      16-39738
Case Name:     DAMIEN J. PARKER
               TAMEKA F. POWELL-PARKER
Trustee Name:  David P. Leibowitz

Balance on hand:    $6,692.47

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:    $0.00
Remaining balance:    $6,692.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,428.12 | $0.00 | $1,428.12 |
| David P. Leibowitz, Trustee Expenses | $24.15 | $0.00 | $24.15 |
| Lakelaw, Attorney for Trustee Fees | $875.00 | $0.00 | $875.00 |
| Lakelaw, Attorney for Trustee Expenses | $17.02 | $0.00 | $17.02 |

Total to be paid for chapter 7 administrative expenses:    $2,344.29
Remaining balance:    $4,348.18

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $4,348.18

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:    $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Remaining balance: | $4,348.18 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $3,242.32 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Speedy Cash | $520.09 | $0.00 | $520.09 |
| 2 | Speedy Cash | $830.06 | $0.00 | $830.06 |
| 3 | Automotive Credit Corporation | $1,892.17 | $0.00 | $1,892.17 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $3,242.32 |
| Remaining balance: | $1,105.86 |

Tardily filed claims of general (unsecured) creditors totaling $79,375.25 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 4 | BANK OF AMERICA | $79,375.25 | $0.00 | $1,105.86 |

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $1,105.86 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Case 16-39738 Doc 51 Filed 08/22/18 Entered 08/22/18 14:35:32 Desc Main
Document Page 13 of 13

**UST Form 101-7-TFR (5/1/2011)**