UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 16-39738 |
|---|---|---|
| | § | |
| DAMIEN J. PARKER | § | |
| TAMEKA F. POWELL-PARKER | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $5,600.00 | Assets Exempt: | $30,626.00 |
| Total Distributions to Claimants: | $4,348.18 | Claims Discharged Without Payment: | $89,114.30 |
| Total Expenses of Administration: | $2,433.02 | | |

3)   Total gross receipts of $6,960.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $178.80 (see **Exhibit 2),** yielded net receipts of $6,781.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $6,722.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $2,433.02 | $2,433.02 | $2,433.02 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $90,740.00 | $82,617.57 | $82,097.48 | $4,348.18 |
| **Total Disbursements** | $97,462.00 | $85,050.59 | $84,530.50 | $6,781.20 |

4). This case was originally filed under chapter 7 on 12/19/2016. The case was pending for 25 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/12/2019        By:   /s/ David P. Leibowitz
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 12041 S Wentworth Ave Chicago, IL - 60628-6534 Cook County (Damien Parker co-owns with father and brother. Full value | 1110-000 | $1,000.00 |
| 2016 Federal Tax Refund - Tameka | 1224-000 | $5,960.00 |
| **TOTAL GROSS RECEIPTS** | | $6,960.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| TAMEKA POWELL-PARKER | Funds to Third Parties | 8500-002 | $178.80 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $178.80 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Automotive Credit Corp | 4110-000 | $6,722.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $6,722.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,428.12 | $1,428.12 | $1,428.12 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $24.15 | $24.15 | $24.15 |
| Green Bank | 2600-000 | NA | $88.73 | $88.73 | $88.73 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $875.00 | $875.00 | $875.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $17.02 | $17.02 | $17.02 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,433.02 | $2,433.02 | $2,433.02 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Speedy Cash | 7100-000 | $0.00 | $520.09 | $0.00 | $0.00 |
| 2 | Speedy Cash | 7100-000 | $0.00 | $830.06 | $830.06 | $830.06 |
| 3 | Automotive Credit Corporation | 7100-000 | $0.00 | $1,892.17 | $1,892.17 | $1,892.17 |
| 4 | BANK OF AMERICA | 7200-000 | $79,375.00 | $79,375.25 | $79,375.25 | $1,625.95 |
|  | 01 Lisle Police Dept | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Automotive Credit | 7100-000 | $7,560.00 | $0.00 | $0.00 | $0.00 |
|  | Fifth Third Bank | 7100-000 | $343.00 | $0.00 | $0.00 | $0.00 |
|  | HBLC, Inc | 7100-000 | $1,284.00 | $0.00 | $0.00 | $0.00 |
|  | Ingalls Memorial Hospital | 7100-000 | $350.00 | $0.00 | $0.00 | $0.00 |
|  | Prairie State College | 7100-000 | $1,519.00 | $0.00 | $0.00 | $0.00 |
|  | Southland Bone Joint Institu | 7100-000 | $109.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $90,740.00 | $82,617.57 | $82,097.48 | $4,348.18 |

**UST Form 101-7-TDR (10/1/2010)**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 16-39738 | | | | Trustee Name: | David Leibowitz |
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | | | Date Filed (f) or Converted (c): | 12/19/2016 (f) |
| For the Period Ending: | 1/12/2019 | | | | §341(a) Meeting Date: | 01/18/2017 |
| | | | | | Claims Bar Date: | 08/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 12041 S Wentworth Ave Chicago, IL - 60628-6534 Cook County (Damien Parker co-owns with father and brother. Full value is $71k--Debtor's portion is $23,666) | $23,666.00 | $8,666.00 | | $1,000.00 | FA |
| Asset Notes: | Debtor Damien Parker owns 1/3 of the property (father and brother own remaining 2/3). Per order entered 11/30/2017 (dkt #45), Trustee was authorized to sell non-exempt equity to Debtor for $1000 plus relinquishment of any exemption claim in 2016 tax refund. | | | | | |
| 2 | 2009 Volkswagen New Beetle | $8,000.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CarMax appraisal: $1600 | | | | | |
| 3 | 2004 Cadillac CTS 130000 miles | $3,500.00 | $0.00 | | $0.00 | FA |
| Asset Notes: | CarMax appraisal: $700 | | | | | |
| 4 | furniture | $1,200.00 | $0.00 | | $0.00 | FA |
| 5 | 2 cell phones, 1 laptop 2 fl;at screen tv's | $900.00 | $0.00 | | $0.00 | FA |
| 6 | wearing apparel | $1,000.00 | $0.00 | | $0.00 | FA |
| 7 | Checking And savings TCF Bank | $100.00 | $0.00 | | $0.00 | FA |
| 8 | Checking Account TCF Bank | $200.00 | $0.00 | | $0.00 | FA |
| 9 | 2016 Federal Tax Refund - Tameka (u) | $5,960.00 | $5,781.20 | | $5,960.00 | FA |
| Asset Notes: | Debtor's Pro-Rated Portion: $178.80 | | | | | |
| 10 | Music equipment: Shure Microphone ($200), 2 Panasonic speakers ($240), 2 speaker stands ($250), mixer ($250), music stand ($36), 2 microphone stands ($64 each) (u) | $978.00 | $0.00 | | $0.00 | FA |
| 11 | Paypal account (u) | $10.00 | $0.00 | | $0.00 | FA |
| 12 | 401(k) (u) | $500.00 | $0.00 | | $0.00 | FA |
| 13 | State Employees Retirement System - Pension Plan (u) | $4,838.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $50,852.00 | $14,447.20 | | $6,960.00 | $0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2        Exhibit 8

| **Case No.:** | 16-39738 | | **Trustee Name:** | David Leibowitz |
| **Case Name:** | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | | **Date Filed (f) or Converted (c):** | 12/19/2016 (f) |
| **For the Period Ending:** | 1/12/2019 | | **§341(a) Meeting Date:** | 01/18/2017 |
| | | | **Claims Bar Date:** | 08/16/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities affecting case closing:**

06/30/2018   2018 Reporting Period:
             The Trustee's Final Report was submitted for review on July 25, 2018.

| **Initial Projected Date Of Final Report (TFR):** | 05/10/2018 | **Current Projected Date Of Final Report (TFR):** | 07/31/2018 | /s/ DAVID LEIBOWITZ |
| | | | | DAVID LEIBOWITZ |

| Case No. | 16-39738 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1612 | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | **-***1613 | Account Title: | |
| For Period Beginning: | 12/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/15/2017 | | US Treasury | 2016 Income Tax Refund (Tameka Powell-Parker) | * | $5,960.00 | | $5,960.00 |
| | {9} | | Estate Portion - 2016 Income Tax Refund (Tameka Powell-Parker)    $5,781.20 | 1224-000 | | | $5,960.00 |
| | {9} | | Debtor's Pro-Rated Portion - 2016 Income Tax Refund (Tameka Powell-Parker)    $178.80 | 1280-002 | | | $5,960.00 |
| 05/17/2017 | 3001 | TAMEKA POWELL-PARKER | Debtor's pro-rated portion - 2016 Federal Income Tax Refund | 8500-002 | | $178.80 | $5,781.20 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $4.96 | $5,776.24 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.89 | $5,766.35 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.70 | $5,757.65 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.29 | $5,748.36 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.27 | $5,739.09 |
| 10/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.96 | $5,730.13 |
| 11/28/2017 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 1 of 5) | 1110-000 | $200.00 | | $5,930.13 |
| 11/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $8.97 | $5,921.16 |
| 12/27/2017 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 2 of 5) | 1110-000 | $200.00 | | $6,121.16 |
| 12/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $9.59 | $6,111.57 |
| 01/23/2018 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 3 of 5) | 1110-000 | $200.00 | | $6,311.57 |
| 01/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $9.92 | $6,301.65 |
| 02/28/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $9.18 | $6,292.47 |
| 03/06/2018 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 4 of 5) | 1110-000 | $200.00 | | $6,492.47 |
| 03/19/2018 | (1) | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Settlement for non-exempt equity in real property (payment 5 of 5) | 1110-000 | $200.00 | | $6,692.47 |
| 09/13/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,428.12 | $5,264.35 |
| 09/13/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $24.15 | $5,240.20 |

                                                              **SUBTOTALS**     $6,960.00     $1,719.80

**FORM 2**
Page No: 2      Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39738 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1612 | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | **-***1613 | Account Title: | |
| For Period Beginning: | 12/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/13/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $875.00; Distribution Dividend: 100.00%; | 3110-000 | | $875.00 | $4,365.20 |
| 09/13/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $17.02; Distribution Dividend: 100.00%; | 3120-000 | | $17.02 | $4,348.18 |
| 09/13/2018 | 3006 | Speedy Cash | Claim #: 1; Amount Claimed: $520.09; Distribution Dividend: 100.00%; | 7100-000 | | $520.09 | $3,828.09 |
| 09/13/2018 | 3007 | Speedy Cash | Claim #: 2; Amount Claimed: $830.06; Distribution Dividend: 100.00%; | 7100-000 | | $830.06 | $2,998.03 |
| 09/13/2018 | 3008 | Automotive Credit Corporation | Claim #: 3; Amount Claimed: $1,892.17; Distribution Dividend: 100.00%; | 7100-000 | | $1,892.17 | $1,105.86 |
| 09/13/2018 | 3009 | Bank of America | Claim #: 4; Amount Claimed: $79,375.25; Distribution Dividend: 1.39%; | 7200-000 | | $1,105.86 | $0.00 |
| 10/08/2018 | 3006 | VOID: Speedy Cash | [VOID] Check for Claim 1 returned - claim was previously paid-in-full | 7100-003 | | ($520.09) | $520.09 |
| 10/23/2018 | 3010 | Bank of America | Claim #: 4; Amount Claimed: $79,375.25; Distribution Dividend: 2.05%; | 7200-000 | | $520.09 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $5,240.20 |
|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39738 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1612 | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | **-***1613 | Account Title: | |
| For Period Beginning: | 12/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $6,960.00 | $6,960.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $6,960.00 | $6,960.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $6,960.00 | $6,960.00 | |

**For the period of 12/19/2016 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,781.20 |
| Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $6,960.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 05/15/2017 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,781.20 |
| Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $6,960.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 4       Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-39738 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | PARKER, DAMIEN J. AND POWELL-PARKER, TAMEKA F. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***1612 | Checking Acct #: | ******3801 |
| Co-Debtor Taxpayer ID #: | **-***1613 | Account Title: | |
| For Period Beginning: | 12/19/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/12/2019 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $6,960.00 | $6,960.00 | $0.00 |

**For the period of 12/19/2016 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,781.20 |
| Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $6,960.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 12/19/2016 to 1/12/2019**

| | |
|---|---|
| Total Compensable Receipts: | $6,781.20 |
| Total Non-Compensable Receipts: | $178.80 |
| Total Comp/Non Comp Receipts: | $6,960.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,781.20 |
| Total Non-Compensable Disbursements: | $178.80 |
| Total Comp/Non Comp Disbursements: | $6,960.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ